# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **ED CR 22-00-FMO** | Date **November 22, 2022** |
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
| Interpreter | none | |

| Gabriela Garcia | Maria Bustillos | Byron Tuyay |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LIZETTE BERRIOS LATHON | X | | X | Gretchen Gaspari | X | | X |

**Proceeding**  **CHANGE OF PLEA**

Defendant moves to change his plea to the Counts One, Two and Three of the Information. Defendant is sworn and enters his plea of guilty to Counts One, Two and Three of the Information.

The court questions defendant regarding his plea of guilty and finds it knowing and voluntary. The court orders the plea accepted and entered.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentence Report. Sentencing is set for **April 13, 2023, at 2:00 p.m.** All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or the imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the court.

cc: U.S. Probation Office

|  | 00 | : | 25 |
|---|---|---|---|
| Initials of Deputy Clerk | gga | | |